UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GEORGE HUGHES

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 15-795-JJB-EWD

## RULING

This matter is before the Court on a United States Magistrate Judge's Report and Recommendation (Doc. 6) addressing the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. 1), and his Motion to Hold §2254 Petition in Abeyance Pending Exhaustion of State Remedies (Doc. 3).

The Magistrate Judge recommended (Doc. 6) that the petitioner's motion to hold the petition in abeyance be denied, and that his application for a writ of habeas corpus be dismissed for failure to exhaust state court remedies. The petitioner timely filed an Objection to the Magistrate Judge's Report and Recommendation (Doc. 7).

Having carefully considered the underlying Application (Doc. 1), the instant Motion to Hold § 2254 Petition in Abeyance (Doc. 3), the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation. Accordingly, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (Doc. 6), with one modification—the petitioner shall have 30 days from actual receipt of the Louisiana Supreme Court's determination of his state court application for post-conviction relief in which to file an application for writ of habeas corpus in federal court.

Signed in Baton Rouge, Louisiana, on August 5th, 2015

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA